**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | No. 13 C 7892 |
| v. | ) | Judge Zagel |
| IMAX CHICAGO THEATRE LLC d/b/a IMAX Navy Pier and d/b/a Navy Pier IMAX, a Delaware limited liability company, | ) | Magistrate Martin |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR PRELIMINARY**
**APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff Scott D.H. Redman, on behalf of himself and a class of similarly-situated persons, and pursuant to Fed. R. Civ. P. 23(e), moves this Court for preliminary approval of a proposed class action settlement. In support of this Motion, Plaintiff states as follows:

1. The parties have reached a proposed class settlement of this lawsuit. A copy of the executed Class Action Settlement Agreement and Release is included herewith as **Exhibit 1** and expressly incorporated herein by reference.

2. Plaintiff will submit separately a brief in support of this Motion.

3. Since executing the Settlement Agreement, the parties have (a) agreed that a simpler Claim Form than previously negotiated is appropriate, and they request that the document included herewith as **Exhibit 2** be used instead; and (b) agreed to a revised Full Notice in light of differing estimates in class size, available Class Member email addresses, notice costs and the potential range of recovery for Class Members, and they request that the document included herewith as **Exhibit 3** be used instead.

4. Pursuant to paragraph 2.5(E) of the Settlement Agreement, Plaintiff submits Affidavit of Jeffrey Dahl regarding the notice plan herewith as **Exhibit 4** and incorporated herein by reference.

**WHEREFORE**, and for purposes of settlement only, Plaintiff requests that this Court enter the Preliminary Approval Order contemplated in the Settlement Agreement (1) preliminarily approving the terms of the Settlement Agreement, including the revised Claim Form herewith; (2) approving the form and manner of notice to the proposed Settlement Class as set forth in the Settlement Agreement, as modified by the revised Full Notice herewith, and directing that such notice be given; (3) appointing Plaintiff as Class Representative; (4) appointing Plaintiff's counsel as Class Counsel; and (4) setting this matter for a Fairness Hearing for consideration of the request for Final Approval of the proposed settlement and for entry of Final Judgment.

SCOTT D.H. REDMAN,
Plaintiff,

By: /s Paul F. Markoff
One of Plaintiff's Attorneys

Paul F. Markoff
Karl G. Leinberger
Markoff Leinberger LLC
134 N LaSalle St Ste 1050
Chicago IL 60602
312.726.4162 (p)
312.674.7272 (f)
paul@markleinlaw.com

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this *Plaintiff's Motion for Preliminary Approval of Class Action Settlement Agreement* on the following electronically by using the CM/ECF system on this 26th day of October, 2015:

Bradley J. Andreozzi (Bradley.andreozzi@dbr.com)
Justin O. Kay (justin.kay@dbr.com)
Emily T. Broach (emily.broach@dbr.com)
Carrie DeLange (carrie.delange@dbr.com)
Drinker Biddle & Reath LLP
191 N Wacker Dr Ste 3700
Chicago IL 60606

s/ Paul F. Markoff
Paul F. Markoff