**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, | ) ) | |
| Plaintiff, | ) ) | No. 13 C 7892 |
| v. | ) ) | Judge Zagel |
| IMAX CHICAGO THEATRE LLC d/b/a IMAX Navy Pier and d/b/a Navy Pier IMAX, a Delaware limited liability company, | ) ) ) ) | Magistrate Martin |
| Defendant. | ) | |

**CLAIM FORM**

**THIS CLAIM FORM MUST BE COMPLETED AND SUBMITTED (OR POST-MARKED, IF MAILED) TO THE CLASS SETTLEMENT ADMINISTRATOR BY [--------------].**[*]

<u>Class Settlement Administrator</u>:     --------------------------
                                          -----------------------

    I affirm that, between November 4, 2011 and November 7, 2013, I paid by personal credit or debit card for a movie ticket or gift card at the Navy Pier IMAX Theater box office in Chicago, Illinois ("Theater") or for a movie ticket or gift card online for pickup at the Theater box office and received a paper receipt.

I want to receive my share of the Settlement Fund.

Signature: _____

Printed Name: _____

Address: _____

_____

Email Address: _____

Telephone No.: _____

*The following information is optional, but will help in verifying your claim. If you do not provide this information, you may be asked for additional information in the future to verify your claim:*

Last 4 Digits of Card
Used in Transaction: _____

Card Type
(e.g., Visa, Mastercard): _____

*You may instead submit your claim online at www.imaxchicagocardsettlement.com.

Exhibit 2