UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, ) ) ) | | |
| Plaintiff, ) ) | No. 13 C 7892 | |
| v. ) ) | Judge Zagel | |
| IMAX CHICAGO THEATRE LLC ) d/b/a IMAX Navy Pier and d/b/a Navy Pier IMAX, ) a Delaware limited liability company, ) ) | Magistrate Martin | |
| Defendant. ) | | |

## PETITION FOR ATTORNEYS' FEES AND COSTS

Plaintiff Scott D.H. Redman, on behalf of himself and the Settlement Class, moves this Court for an award of attorneys' fees in the amount of $132,000 and costs in the amount of $406. In support of this motion, Plaintiff incorporates herein by reference the Declaration of Paul F. Markoff, included herewith as **Exhibit A**, and *Plaintiff's Brief in Support of Petition for Attorneys' Fees and Costs*.

WHEREFORE, Plaintiff requests that this Court award him $132,000 in attorneys' fees and $406 in costs and grant such other relief as this Court deems proper.

                                                                                       SCOTT D.H. REDMAN,
                                                                                       Plaintiff,

                                      By:    /s Paul F. Markoff
                                                          One of Plaintiff's Attorneys

Paul F. Markoff
Karl G. Leinberger
Markoff Leinberger LLC
134 N LaSalle St Ste 1050
Chicago IL 60602
312.726.4162 (p)
312.674.7272 (f)
paul@markleinlaw.com

## CERTIFICATE OF SERVICE

      I certify that I served a copy of this *Petition for Attorneys' Fees and Costs* on the following electronically by using the CM/ECF system on this 30th day of November, 2015:

Bradley J. Andreozzi (Bradley.andreozzi@dbr.com)
Justin O. Kay (justin.kay@dbr.com)
Emily T. Broach (emily.broach@dbr.com)
Carrie DeLange (carrie.delange@dbr.com)
Drinker Biddle & Reath LLP
191 N Wacker Dr Ste 3700
Chicago IL 60606

                                                                         s/ Paul F. Markoff
                                                                         Paul F. Markoff